460 A.2d 756

**COMMONWEALTH of Pennsylvania**

v.

**David Lee STEWART, Appellant.**

Supreme Court of Pennsylvania.

Argued May 27, 1983.

Decided June 1, 1983.

Peter T. Campana, Williamsport, for appellant.

Katherne E. Holtzinger, Deputy Dist. Atty., for appellee.

Before ROBERTS, C.J., and LARSEN, FLAHERTY, McDERMOTT, HUTCHINSON and ZAPPALA, JJ.

## ORDER

PER CURIAM:

Order, 302 Pa.Super. 203, 448 A.2d 598, affirmed.

NIX, J., did not participate in the consideration or decision of this case.